UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                       Plaintiff,           **ORDER**
                                                               CV 04-4057 (DRH) (ARL)

      -against-

ISHOPNOMARKUP.COM, INC., et al.,

                       Defendants.
---------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

     Before the court, upon referral by District Judge Hurley, is counsel for defendant Ishopnomarkup.com, Inc. ("Ishop"), Randy Zelin's request (i) for a pre-motion conference to seek leave to withdraw as counsel for Ishop, (ii) to file a motion to withdraw as counsel under seal; and/or (iii) to meet with the undersigned *in camera*. Mr. Zelin's request for a conference to meet with the undersigned *in camera* is denied.

     Mr. Zelin is directed to file on ECF a three page letter application pursuant to Local Civil Rule 37.3(c) seeking leave to withdraw as attorney of record for defendant Ishop pursuant to Local Civil Rule 1.4 and leave to e-file the motion under seal pursuant to the Steps for E-filing Sealed Documents in Civil Cases posted on the Eastern District of New York web site on or before January 7, 2011.

Dated:  Central Islip, New York            **SO ORDERED:**
        December 22, 2010

                                                       _____/s/_____
                                                     ARLENE ROSARIO LINDSAY
                                                     United States Magistrate Judge