UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,           **ORDER**
                                                          CV 04-4057 (DRH) (ARL)

     -against-

ISHOPNOMARKUP.COM, INC., et al.,

                      Defendants.
--------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court, upon referral by District Judge Hurley, is the letter application dated January 18, 2011 of counsel for defendants Ishopnomarkup.com, Inc. ("Ishop") and Moussa Yeroushalmi to withdraw as the attorney of record for defendant Ishop. On January 21, 2011, District Judge Hurley granted Mr. Zelin's application for leave to file the within motion to withdraw under seal. Accordingly, on or before February 4, 2011, plaintiff and defendants Ishop and Anthony Knight may respond to Mr. Zelin's motion in a three page letter via first class mail.

Dated: Central Islip, New York               **SO ORDERED:**
       January 26, 2011

                                                          _____/s/_____
                                                          ARLENE ROSARIO LINDSAY
                                                          United States Magistrate Judge